**Electronically Filed
Supreme Court
SCWC-19-0000651
03-NOV-2021
02:24 PM
Dkt. 9 ODAC**

SCWC-19-0000651

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DAVID KASTY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000651; CASE NO. 1PC161000403)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant David Kasty's
Application for Writ of Certiorari filed on September 23, 2021,
is hereby rejected.

DATED: Honolulu, Hawai'i, November 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

